1  John M. Kim (Bar No. 188997)
   jkim@ipla.com
2  Benjamin S. White (Bar No. 279796)
   bwhite@ipla.com
3  Phillip L. Kim (Bar No. 315589)
   pkim@ipla.com
4  **IPLA, LLP**
   4445 Eastgate Mall, Suite 200
5  San Diego, CA 92121
   Tel: 858-272-0220
6  Fax: 858-272-0221

7  Attorneys for Plaintiff
   BACKCOUNTRY.COM, LLC

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKCOUNTRY.COM, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SNAPPERHEAD INVENTIONS, LLC, a Michigan Limited Liability Company, DAVID OLLILA, an Individual,<br><br>Defendant. | **CASE NO.:** 3:19cv1727-AJB-AHG<br><br>**NOTICE OF DISMISSAL** |

Plaintiff Backcountry.com, LLC hereby dismisses the above captioned action with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 7, 2019

    Respectfully submitted,

    s/John M. Kim

    Attorney for Plaintiff Backcountry.com, LLC

    E-mail: jkim@ipla.com

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 7, 2019, a true and correct copy of the NOTICE OF DISMISSAL was served by electronic mail upon all registered CM/ECF users, and electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the individuals registered on the CM/ECF system indicated below:

Ryan A. Ellis (SBN: 272868)
2049 Century Park East, Suite 330
Los Angeles, CA 90067
Telephone: (424) 303-7700
Facsimile: (424) 274-3202
Email: re@h2law.com

Attorney for Defendants Snapperhead Inventions, LLC and David Ollila

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: November 7, 2019

/s/John M. Kim
IPLA, LLP
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
Tel: 858-272-0220
Fax: 858-272-0221